UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CV-81742-MARRA/MATTHEWMAN

JAMES E. SCOTT,

    Plaintiff,

vs.

INTERNAL REVENUE SERVICE,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Leave to File a Supplemental Memorandum in Support of Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment and an Amended Response [DE 38] ("Motion"). Noting the Motion is unopposed, and for good cause shown, it is hereby

**ORDERED AND ADJUDGED** that said Motion is granted [DE 38]. It appears Plaintiff filed the proposed amended documents on the same day he filed the instant motion, instead of attaching them to the motion as Plaintiff stated he had. See DE 38 at 2. If the government has not already replied to those documents, it may do so consistent with the Local Rules of the Southern District of Florida.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 19th day of August, 2019.

_____
KENNETH A. MARRA
United States District Judge